No. 09-597. United States, Petitioner v. Martin O'Brien.

560 U.S. 938, 130 S. Ct. 3353, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4407.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-617. Brandon Leon Basham, Petitioner v. United States.

560 U.S. 938, 130 S. Ct. 3353, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4556.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 561 F.3d 302.

No. 09-911. R.J. Reynolds Tobacco Company, et al., Petitioners v. Montana ex rel. Steve Bullock.

560 U.S. 938, 130 S. Ct. 3354, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4552.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Montana denied.

Same case below, 352 Mont. 30, 217 P.3d 475.

No. 09-1011. Michele F. Trull, Petitioner v. Michael B. Feinberg, et al.

560 U.S. 939, 130 S. Ct. 3354, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4519.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Illinois denied.

Same case below, 235 Ill. 2d 256, 335 Ill. Dec. 863, 919 N.E.2d 888.

No. 09-1021. Greg John, Petitioner v. Douglas County School District, et al.

560 U.S. 939, 130 S. Ct. 3355, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4494.

June 1, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 125 Nev. 746, 219 P.3d 1276.

No. 09-1028. Robert A. Clifford, Petitioner v. David N. Missner.

560 U.S. 939, 130 S. Ct. 3355, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4491.

June 1, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

Same case below, 393 Ill. App. 3d 751, 333 Ill. Dec. 121, 914 N.E.2d 540.

No. 09-1052. Kevin Keith, Petitioner v. Ohio.

560 U.S. 939, 130 S. Ct. 3355, 176 L. Ed. 2d 1245, 2010 U.S. LEXIS 4467.

June 1, 2010. Petition for writ of certiorari to the Court of Appeals of Ohio, Crawford County, denied.